**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000842
28-JAN-2021
09:13 AM
Dkt. 34 OAWST**

NOS. CAAP-19-0000842 AND CAAP-19-0000859

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THE ESTATE OF YASUO KAWAKAMI, Deceased

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(P. NO. 11-1-0177(MHF))

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (**Stipulation**), filed November 23, 2020, by Respondents-Appellants Stanley Kawakami and Wade Kawakami, the papers in support, and the record, it appears that (1) this consolidated appeal has not been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to dismiss the consolidated appeal with prejudice and bear their own attorneys' fees and costs on appeal; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the consolidated appeal is dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, January 28, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge